IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEROMY STEPHEN SCHIEDENHELM,

      Appellant,

 v.                                           Case No.  5D17-3504

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed August 31, 2018

3.850 Appeal from the Circuit
Court for Citrus County,
Richard A. Howard, Judge.

Jeromy Stephen Schiedenhelm, Live Oak,
pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Carmen F. Corrente,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      Appellant, Jeromy Schiedenhelm, appeals the order denying his motion for

postconviction relief filed pursuant to Florida Rule of Criminal Procedure 3.850, where he

raised eight claims of ineffective assistance of counsel.  Because Appellant filed a legally

and facially sufficient claim in ground six, and the attachments do not conclusively refute

the claim, we reverse the summary denial of ground six and remand for an evidentiary

hearing or for the court to attach portions of the record that conclusively refute the claim.  See Cioeta v. State, 204 So. 3d 156 (Fla. 5th DCA 2016).  In all other respects, we affirm.

AFFIRMED in part; REVERSED in part; REMANDED.

SAWAYA, TORPY, and WALLIS JJ., concur.